**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>A.L. GILBERT COMPANY, a California corporation,<br><br>Defendant. | Civil Case No. 15-cv-00533-SKO<br><br>**STIPULATION TO CONTINUE CASE MANAGMENENT CONFERENCE; ORDER THEREON** |

The parties filed a Stipulation to Continue Case Management Conference ("Stipulation") on May 26, 2015, seeking to continue the Case Management Conference set for June 30, 2015, to continue settlement discussions. Accordingly, IT IS HEREBY ORDERED that:

1. The June 30, 2015, telephonic Case Management Conference (Doc. No. 5) is continued to July 28, 2015, at 9:15 a.m. The parties shall follow the instructions included in the Court's April 9, 2015, Minute Order relating to participating in the telephonic conference; and

2. The Scheduling Conference currently set for July 23, 2015, is continued to August 25, 2015, at 9:30.

IT IS SO ORDERED.

Dated:   **June 1, 2015**            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE