# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>A.L. GILBERT COMPANY, a California Corporation,<br><br>Defendants.<br>_____/ | Case No. 1:15-cv-00533---SKO<br><br>**ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>(Doc. 20) |

    The Complaint by Plaintiff California Sportfishing Protection Alliance was filed on April 6, 2015, and served on Defendant A.L. Gilbert Company on July 5, 2015, with an answer due on July 27, 2015. (*See* Docs. 1; 10.) The parties stipulated to a seven day extension of time for Defendant to file its response, with an answer due on August 3, 2015. (Doc. 10.)

    On July 20, 2015, Defendant filed notice of its desire not to consent to the jurisdiction of a U.S. Magistrate Judge. (Docs. 13; 16.) On July 28, 2015, the parties participated in a Case Management Conference, and Defendant requested additional time to reconsider whether it wished to consent to Magistrate Judge jurisdiction. A further Case Management Conference was set for August 10, 2015, to provide Defendant with additional time to decide whether it wished to consent to Magistrate Judge jurisdiction. (Docs. 18; 19.)

    The parties have stipulated to a further seven day extension of time for Defendant to file its response to the Complaint, so Defendant can determine whether it will consent to Magistrate

1  Judge jurisdiction prior to filing its response to the Complaint.  This is the second extension of
2  Defendant's time to respond to the Complaint, for a total extension period of fourteen days.  (Doc.
3  20.)  This extension does not alter the date of any event or any deadline already fixed by Court
4  order.  (*See* Doc. 20.)

5  The Court has reviewed the parties' stipulation and, good cause appearing, Defendant shall
6  have up to and including August 10, 2015, to answer or otherwise respond to the Complaint.

7  
8  IT IS SO ORDERED.

9  Dated:   **August 4, 2015**                              **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE