1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CALIFORNIA SPORTFISHING                  No.  1:15-cv-00533-KJM-SKO
    PROTECTION ALLIANCE,
12
                    Plaintiff,
13                                            ORDER
         v.
14
    A.L. GILBERT COMPANY,
15
                    Defendant.
16

17

18          WHEREAS, on July 16, 2015, Plaintiff California Sportsfishing Protection

19  Alliance ("CSPA" or "Plaintiff") propounded its Second Request for Entry onto Designated

20  Property During Wet Weather ("Wet Weather Request") to Defendant A.L. Gilbert Company

21  ("Defendant");

22          WHEREAS, pursuant to Federal Rule of Civil Procedure 34(a)(2), CSPA's Wet

23  Weather Request seeks entry onto Defendant's property with its main address at 304 North

24  Yosemite Avenue, Oakdale, California 95361 ("Facility"). As an exhibit to the Wet Weather

25  Request, CSPA provided a site map that was submitted by Defendant with its Notice of Intent to

26  Comply with the Industrial Storm Water Permit dated March 25, 1992;

27          WHEREAS, on August 14, 2015, Defendant timely responded and objected to

28  CSPA's Wet Weather Request;

                                              1

1          WHEREAS, the parties have met and conferred in an effort to resolve disputed

2    issues concerning CSPA's Wet Weather Request;

3          WHEREAS, while reserving all rights and objections, the parties have reached

4    consensus as to terms and conditions for CSPA's wet weather inspection of the Facility;

5          THEREFORE, the Parties hereby stipulate and agree and request that the court so

6    order that CSPA may conduct inspection(s) of the Facility during wet weather as follows:

7         <u>Date and Duration of Inspection</u>

8        1.    Plaintiff may conduct two (2) Wet Weather Inspection(s) during rain events of the

9            2015-2016 Wet Season that produce a discharge of storm water from the Facility.

10           Plaintiff will make best efforts to minimize the time it takes to complete each Wet

11           Weather Inspection but entry during a specific rain event may require entry to the

12           Facility on consecutive days, depending on when the rain event begins and

13           Plaintiff's ability to complete the inspection on a single day.

14       2.    Based on available weather forecasts, counsel for Plaintiff shall provide

15           Defendant's counsel with preliminary notice of Plaintiff's intent to conduct a Wet

16           Weather Inspection at least forty-eight (48) hours prior to the date of any Wet

17           Weather Inspection. Plaintiff will confirm that it intends to conduct a noticed Wet

18           Weather Inspection at least twenty-four (24) hours prior to the time the inspection

19           will begin. In the event the Wet Weather Inspection cannot proceed as

20           preliminarily noticed, Plaintiff agrees to cancel the inspection no later than 6:00

21           p.m. the evening prior to the Wet Weather Inspection. However, in the event no

22           rain is occurring the morning of a noticed Wet Weather Inspection, CSPA may

23           contact Defendant by 7:00 a.m. to cancel the inspection.

24       3.    Defendant's preferred days of the week for CSPA's Wet Weather Inspection(s) are

25           Tuesday, Wednesday, or Thursday, and CSPA will endeavor to notice Wet

26           Weather Inspection(s) on a mutually convenient date on Defendant's preferred

27           days of the week. However, in the event CSPA has been unable to collect a storm

28           water sample during a Wet Weather Inspection on a Tuesday, Wednesday, or

1    Thursday by November 1, 2015, the Parties agree that CSPA's Wet Weather

2    Inspection(s) will occur during business hours on any weekday on a mutually

3    convenient date.

4       4.    CSPA's Wet Weather Inspection(s) shall last no more than four (4) hours subject

5    to the provisions in paragraph 1 above. Further, in the event rain has not generated

6    a discharge during a Wet Weather Inspection but will within business hours the

7    day of the inspection beyond the 4-hour window, CSPA's Wet Weather

8    Inspection(s) will continue within business hours until CSPA has collected

9    samples.

10      5.    CSPA will be permitted up to and including four (4) representatives at the Wet

11   Weather Inspection(s) who will be accompanied by Defendant's representatives.

12   CSPA's representatives shall be free to step away during the inspection, at

13   sufficient distance to be out of earshot but within view of Defendant's

14   representatives, to have brief, private conversations.

15      6.    CSPA and its representatives shall follow any and all safety measures and/or

16   instructions provided to them during the inspection.

17   Scope of Inspection

18      7.    CSPA's Wet Weather Inspection(s) shall include all outdoor areas of potential

19   storm water pollution sources, including, but not limited to:

20        a.    Areas related to feed product manufacturing and processing; shipping and

21   receiving areas; equipment and vehicle maintenance, cleaning, fueling, and

22   storage areas; areas used to unload raw materials, if any; areas used to load

23   finished products, if any; liquid feed, fat, and molasses tanks, if any;

24   mineral and soy oil tanks, if any; unprocessed material storage areas and

25   scrap storage, if any; boiler operations, truck washing station; and on-site

26   railroad tracks, if any;

27        b.    Any areas or equipment from which any liquids, runoff, or fugitive dust or

28   debris may drain, or be drained, or discharged, if any;

3

c. All storm drains and all storm water conveyances;

d. All storage areas, including all areas where equipment, parts, chemicals, fluids, and waste are stored;

e. All pollution management measures, or Best Management Practices (BMPs), such as bermed areas, areas with secondary containment and so on;

f. All entrances and exits;

g. All Storm Water Pollution Prevention Plans, Monitoring and Reporting Plans, sampling data and other storm water monitoring information, or any other records or documents kept by the Defendant at the Facility related to water quality at the Facility.

8. Indoor areas may be viewed but not entered.

9. Both Parties will be permitted to take photograph(s) and/or video(s) during Wet Weather Inspection(s). However, CSPA shall not photograph or video any of Defendant's employees or customers. Defendant's employees and customers shall not intentionally or inadvertently obstruct CSPA's taking of photographs and/or videos during the inspection.

10. The Parties shall exchange any photographs and/or videos taken during CSPA's Wet Weather Inspection(s) within ten (10) business days of the inspection.

11. CSPA will be permitted to collect samples of discharges from the Facility during Wet Weather Inspection(s). CSPA shall provide Defendant's representatives with split samples of any samples collected during the Wet Weather Inspection(s), if requested. Defendant will provide its own sampling equipment, preservative, and/or chain of custody forms. At least seventy-two (72) hours prior to a Wet Weather Inspection CSPA shall provide Defendant's representatives with its intended types of samples (e.g., liquid, soil, and/or solid), types of equipment (e.g., sampling bottles), parameters, and test methods so that Defendants' representatives

4

1    shall have sufficient time to have equipment on hand to take samples along with

2    CSPA during the inspection.

3    12.    CSPA will provide Defendant with a copy of the lab results of any analysis of any

4    sample collected during a Wet Weather Inspection.

5    13.    Defendant will provide Plaintiff with a copy of the lab results of any analysis of

6    any split or other samples collected during the Wet Weather Inspection(s).

7    14.    Nothing in this stipulation and agreement shall constitute a waiver by any party of

8    further discovery rights, including the right to demand further inspections, or

9    objections to further discovery.

10   IT IS SO ORDERED.

11   DATED:  September 24, 2015.

12

13

14   _____
     UNITED STATES DISTRICT JUDGE

15

5