UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>  Plaintiff,<br><br>  v.<br><br>A.L. GILBERT COMPANY,<br><br>  Defendant. | No.  1:15-cv-00533-KJM-SKO<br><br><br>ORDER |

WHEREAS, on July 16, 2015, plaintiff California Sportsfishing Protection Alliance ("CSPA" or "Plaintiff") propounded its First Request for Entry onto Designated Property ("Dry Weather Request") to Defendant A.L. Gilbert Company ("Defendant");

WHEREAS, pursuant to Federal Rule of Civil Procedure 34(a)(2), CSPA's Dry Weather Request seeks entry onto Defendant's property with its main address at 304 North Yosemite Avenue, Oakdale, California 95361 ("Facility").  As an exhibit to the Dry Weather Request, CSPA provided a site map that was submitted by Defendant with its Notice of Intent to Comply with the Industrial Storm Water Permit dated March 25, 1992;

WHEREAS, on August 14, 2015, Defendant timely responded and objected to CSPA's Dry Weather Request;

1

WHEREAS, the parties have met and conferred in an effort to resolve disputed issues concerning CSPA's Dry Weather Request;

WHEREAS, while reserving all rights and objections, the parties have reached consensus as to terms and conditions for CSPA's Dry Weather Inspection of the Facility;

THEREFORE, the Parties hereby stipulate and agree and request that the court so order that CSPA may conduct an inspection of the Facility during dry weather as follows:

<u>Date and Duration of Inspection</u>

1. CSPA shall conduct a Dry Weather Inspection on October 22, 2015, which shall begin no later than 10:00 a.m.

2. CSPA's Dry Weather Inspection shall last no more than four (4) hours.

3. CSPA will be permitted up to and including four (4) representatives at the Dry Weather Inspection who will be accompanied by Defendant's representatives during the inspection. CSPA's representatives shall be free to step away during the inspection, at sufficient distance to be out of earshot but within view of Defendant's representatives, to have brief, private conversations.

4. CSPA will notify Defendant of the individual representatives that will attend the Dry Weather Inspection at least forty-eight (48) hours prior to the inspection.

5. CSPA and its representatives shall follow any and all safety measures and/or instructions provided to them during the inspection.

<u>Scope of Inspection</u>

6. CSPA's inspection shall include all outdoor areas of potential storm water pollution, including, but not limited to the following:

   a. Areas related to feed product manufacturing and processing, if any; shipping and receiving areas; equipment and vehicle maintenance, cleaning, fueling, and storage areas; areas used to unload raw materials; areas used to load finished products; liquid feed, fat, and molasses tanks, if any; mineral and soy oil tanks, if any; unprocessed material storage areas,

1               and scrap storage, if any; boiler operations, truck washing station, and on-
2               site railroad tracks, if any;
3       b.   Any areas or equipment from which any liquids, runoff, or fugitive dust or
4            debris may drain, or be drained, or discharged, if any;
5       c.   All storm drains and all storm water conveyances;
6       d.   All storage areas, including all areas where equipment, parts, chemicals,
7            fluids, and waste are stored;
8       e.   All pollution management measures, or Best Management Practices
9            (BMPs), such as bermed areas, areas with secondary containment and so
10           on;
11      f.   All entrances and exits;
12      g.   All Storm Water Pollution Prevention Plans, Monitoring and Reporting
13           Plans, sampling data and other storm water monitoring information, or any
14           other records or documents kept by the Defendant at the Facility related to
15           water quality at the facility.
16   7.  Indoor areas may be viewed but not entered.
17   8.  Both parties will be permitted to take photograph(s) and/or video(s) during the Dry
18       Weather Inspection. However, CSPA shall not photograph or videotape any of
19       Defendant's employees or customers. Defendant's employees and customers shall
20       not intentionally or inadvertently obstruct CSPA's taking of photographs and/or
21       videos during the inspection.
22   9.  The Parties shall exchange any photographs and/or videos taken during CSPA's
23       Dry Weather Inspection within ten (10) business days of the inspection.
24   10. CSPA will be permitted to collect samples of non-storm water discharges that are
25       observed during the Dry Weather Inspection. CSPA shall provide Defendant's
26       representatives with split samples of any non-storm water discharge samples
27       collected during the Dry Weather Inspection, if feasible and requested. Defendant
28       will provide its own sampling equipment, preservative, and/or chain of custody

   forms. At least seventy two (72) hours prior to the Dry Weather Inspection CSPA shall provide Defendant's representatives with its intended types of samples (e.g., liquid, soil, and/or solid), types of equipment (e.g., sampling bottles), parameters, and test methods so that Defendants' representatives shall have sufficient time to have equipment on hand to take samples along with CSPA during the inspection.

11. In the event there is a rain event sufficient to generate storm water discharges from the facility during the Dry Weather Inspection, CSPA will be permitted to collect storm water samples from all discharge points during the Dry Weather Inspection. CSPA shall provide Defendant's representatives with split samples of any storm water discharge samples collected during the Dry Weather Inspection, if feasible and requested. Defendant will provide its own sampling equipment, preservative, and/or chain of custody forms. At least seventy two (72) hours prior to the Dry Weather Inspection CSPA shall provide Defendant's representatives with its intended types of samples (e.g., liquid, soil, and/or solid), types of equipment (e.g., sampling bottles), parameters, and test methods so that Defendants' representatives shall have sufficient time to have equipment on hand to take samples along with CSPA during the inspection.

12. CSPA will provide Defendant with a copy of the lab results of any analysis of any sample collected during the Dry Weather Inspection.

13. Defendant will provide Plaintiff with a copy of the lab results of any analysis of any split or other samples collected during the Dry Weather Inspection.

14. Nothing in this stipulation and agreement shall constitute a waiver by any party of further discovery rights, including the right to demand further inspections, or objections to further discovery.

IT IS SO ORDERED.

DATED: September 24, 2015.

_____
UNITED STATES DISTRICT JUDGE

4