Roger M. Schrimp, State Bar No. 039379
Kathy L. Monday, State Bar No. 209084
James A. Oliveira, State Bar No. 238871
DAMRELL, NELSON, SCHRIMP,
PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone: (209) 526-3500
Facsimile: (209) 526-3534
Attorneys for Defendant
A.L. GILBERT COMPANY

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>A.L. GILBERT COMPANY, a California Corporation,<br><br>Defendant.<br>_____/ | Case No.  1:15-cv-00533-KJM-SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO CALIFORNIA SPORTFISHING PROTECTION ALLIANCE'S DISCOVERY REQUESTS ORDER**<br><br>(Doc. 39) |

WHEREAS, California Sportfishing Protection Alliance served its Plaintiff's Request for Production of Documents, Set One to Defendant by email on September 15, 2015;

WHEREAS, Defendant's response to Plaintiff's Request for Production of Documents, Set One is currently due October 19, 2015;

WHEREAS, California Sportfishing Protection Alliance served its Plaintiff's Request for Production of Documents, Set Two to Defendant by email on September 18, 2015;

WHEREAS, Defendant's response to Plaintiff's Request for Production of Documents, Set Two is currently due October 22, 2015;

1  WHEREAS, California Sportfishing Protection Alliance served its Plaintiff's Requests for
2  Admissions, Set One to Defendant by email on September 21, 2015;

3  WHEREAS, Defendant's response to Plaintiff's Requests for Admissions, Set One is
4  currently due October 26; and

5  WHEREAS, A.L. Gilbert Company and California Sportfishing Protection Alliance have
6  agreed to extend time for Defendant's responses to the aforementioned discovery to October 26,
7  2015.

8  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
9  parties, and the Court's approval is requested, that Defendant's responses to Plaintiff's discovery
10 requests listed above shall be due on October 26, 2015.

Dated: October 16, 2015

Respectfully submitted,
DAMRELL, NELSON, SCHRIMP,
PALLIOS, PACHER & SILVA
__ /s/ Kathy L. Monday_____
Kathy L. Monday
Attorney for Defendant
A.L. Gilbert Company

Dated: October 16, 2015

LAWYERS FOR CLEAN WATER, INC.
__ /s/ Caroline Koch_____
Caroline Koch
Attorney for Plaintiff
California Sportfishing Protection Alliance

2

**ORDER**

Pursuant to the parties' Stipulation for an Extension of Time to Respond to California Sportfishing Protection Alliance's Discovery Requests ("Stipulation"), the Court APPROVES the parties' Stipulation and ORDERS as follows:

Defendant A.L. Gilbert Company's responses to Plaintiff California Sportfishing Protection Alliance's Requests for Production of Documents to Defendant, Set One, Request for Production of Documents to Defendant, Set Two, and Requests for Admissions to Defendant, Set One, shall be due on October 26, 2015.

IT IS SO ORDERED.

Dated:   **October 20, 2015**                              **/s/ Sheila K. Oberto**
                                                                                 UNITED STATES MAGISTRATE JUDGE