UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>A.L. GILBERT COMPANY, a California corporation,<br><br>            Defendant. | No. 1:15-cv-00533-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 55) |

On July 18, 2016, the parties filed a joint stipulation dismissing this action with prejudice. (Doc. No. 55.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 20, 2016**         _____
                                    UNITED STATES DISTRICT JUDGE

1